In the Matter of BARBARA BORKHUIS, Petitioner, v WILLIAM F. QUINN et al., Constituting the Board of Education of Wayne Central School District, Respondents.— Present—Dillon, P. J., Denman, Green, Balio and Lawton, JJ.